

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00581-CV

**BANDERA COUNTY,**
Appellant

v.

Susan **HOLLINGSWORTH** and Gregory Hollingsworth,
Appellees

From the 216th Judicial District Court, Bandera County, Texas
Trial Court No. TX-10-103
Honorable N. Keith Williams, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is REVERSED in its entirety. We RENDER judgment dismissing Susan and Gregory Hollingsworth's claim under the Declaratory Judgments Act for a declaration of the amount of taxes, penalties, and interest they owe under the Tax Code and for a declaration of the statutory delinquency date. We REMAND the remainder of the case to the trial court for further proceedings consistent with the court's opinion.

We further ORDER that appellant, Bandera County, recover its costs of this appeal from appellees, Susan Hollingsworth and Gregory Hollingsworth.

SIGNED November 27, 2013.

_____
Luz Elena D. Chapa, Justice